UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| JAMARVIN K. JACKSON | CIVIL ACTION NO. 20-0817 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| PATRICK JOHNSON | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Jamarvin Keemquachwa Jackson's claims are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 18th day of August, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE